Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MATALENA MANGIERI and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, for the Death

of LOUIS MANGIERI, v. OLIN J. STEPHENS, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motion denied.